**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00537-LTB-MJW

MARK LEAL,
TANYA LEAL, and
MARK PAUQUETTE, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., and
SONIC AUTOMOTIVE, INC., a/k/a CORNERSTONE ACCEPTANCE CORPORATION,

      Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint (Doc 9 - filed June 13, 2006) is **GRANTED**.  The tendered Second Amended Complaint is accepted for filing.

Dated:  June 14, 2006
_____