IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 06-cv-00537-LTB-MJW

MARK LEAL,
TANYA LEAL, and
MARK PAQUETTE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., and
SONIC AUTOMOTIVE, INC., a/k/a CORNERSTONE ACCEPTANCE CORPORATION,

    Defendants.
_____

ORDER
_____

    This case is before me on Defendants' Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim. Subsequent to the filing of this motion, Plaintiffs Motion for Leave to File Second Amended Complaint was granted. Defendants have now moved to dismiss Plaintiffs' Second Amended Complaint.

    Accordingly, IT IS ORDERED that Defendants' Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim [Doc # 7] is DENIED as moot.

Dated: August 11, 2006 in Denver, Colorado.

                                        BY THE COURT:

                                        __s/Lewis T. Babcock_____

                                        LEWIS T. BABCOCK, CHIEF JUDGE