**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00537-LTB-MJW

MARK LEAL,
TANYA LEAL, and
MARK PAUQUETTE, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., and
SONIC AUTOMOTIVE, INC., a/k/a CORNERSTONE ACCEPTANCE CORPORATION,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion for Leave to File Amended Answer (Doc 30 - filed February 28, 2007) is **GRANTED**. The tendered Amended Answer is accepted for filing.

Dated: March 1, 2007
___