IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00537-LTB-MJW

MARK LEAL, et al.,

Plaintiff(s),

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., et al.

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Scheduling Order (docket no. 29) is DENIED.  This court gave all parties extended time to complete discovery in this case when this court entered the Rule 16 Scheduling Order.  Here, the court finds that Plaintiffs have not demonstrated "good cause" and have not sustained their burden under Fed. R. Civ. P. 16(b) to allow an amendment to the Rule 16 Scheduling Order.  A discovery dispute does not constitute "good cause" for amending a scheduling order.  Rothermund v. City of Craig, No. 00-N-311, 2000 U.S. Dist. LEXIS 14452, at *3 (D. Colo. Sept. 25, 2000).

Date:  March 26, 2007