IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00537-LTB-MJW

MARK LEAL, et al.,

Plaintiff(s),

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., et al.

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to File Reply Brief in Support of Their Motion to Compel Responses to Their Second Set of Discovery Requests to Defendants (Docket No. 45) is GRANTED, and plaintiffs shall thus have up to and including April 9, 2007, to file their Reply.

Date: March 29, 2007