# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   06-cv-00537-LTB-MJW | FTR Courtroom A-502 |
| **Date:**  May 08, 2007 | Ellen E. Miller , Deputy Clerk |
| MARK   LEAL,<br>TONYA LEAL,   and<br>MARK   PAUQUETTE,  on behalf of themselves and<br>all others similarly situated. | William J. Martinez<br>David R.  Angle |
| Plaintiff(s), | |
| v. | |
| SONIC-MASSEY PONTIACT BUICK GMC, INC.,<br>and<br>SONIC AUTOMOTIVE, INC.<br>a/k/a CORNERSTONE ACCEPTANCE<br>CORPORATION, | Dennis M.  Black<br>Stephen D. Andrews |
| Defendant(s). | |
| JEFFREY L.  HILL,<br>Trustee of the Bankruptcy Estate of Mark Leal and<br>Tonya Leal | - - - - - - - - |
| Interested Party. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    TELEPHONIC  STATUS  CONFERENCE
**Court in Session :   10:00   a.m.**

Court calls case.  Telephonic appearances of counsel.
It is noted Mr. Hill has filed a motion to be substituted as Plaintiff as the real party-in-interest as a result of the Leals' bankruptcy.  Mr. Hill does not participate in this conference.

Status of the case is discussed.   Pending motions are discussed.
Statements by Mr. Martinez.
Statements by Mr. Black.

The Court will consider the arguments and updates presented by counsel.
The Court will also take judicial notice of the bankruptcy court's rulings in the bankruptcy case 06-15793-MER.

*06-cv-00537-LTB-MJW*
*Telephonic Status Conference*
*May 08, 2007*

**It is ORDERED:**   Plaintiffs' MOTION TO COMPEL RESPONSES TO THEIR SECOND SET OF DISCOVERY REQUESTS TO DEFENDANTS (Docket No. **35,** Filed March 01, 2007) is **TAKEN UNDER ADVISEMENT.**

**It is ORDERED:**   Defendants' CROSS-MOTION TO STAY RULING ON PLAINTIFFS' MOTION TO COMPEL RESPONSES TO THEIR SECOND SET OF DISCOVERY REQUESTS (Docket No. **41,** Filed March 26, 2007) is **TAKEN UNDER ADVISEMENT.**

**It is ORDERED:**   Plaintiffs' MOTION TO COMPEL RESPONSES TO THEIR FIRST SET OF DISCOVERY REQUESTS TO DEFENDANTS (Docket No. **48,** Filed April 04, 2007) is **TAKEN UNDER ADVISEMENT.**

**It is ORDERED:**   Defendants' CROSS-MOTION TO STAY RULING ON PLAINTIFFS' MOTION TO COMPEL RESPONSES TO THEIR FIRST SET OF DISCOVERY REQUESTS (Docket No. **57,** Filed April 24, 2007) is **TAKEN UNDER ADVISEMENT.**

The Court will issue a written decision on these motions which are under advisement.

**Court in recess : 10:20 a .m.**
Total In-Court Time 0:20 ; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.