IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00537-LTB-MJW

MARK LEAL, et al.,

Plaintiff(s),

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., et al.

Defendant(s).

MINUTE ORDER

Based upon the telephone status conference held today, and additional argument presented by the parties at this telephone status conference, it is hereby

ORDERED that Defendant's Cross Motion to Stay Docket no. 35 (docket no. 41) is GRANTED finding good cause shown.  Chief Judge Babcock has ordered the parties to submit on or before May 10, 2007, their responses to Bankruptcy Trustee Jeffrey L. Hill's Motion Under Fed. R. Civ. P. 25(c) to be Substituted as Plaintiff for Mark Leal and Tanya Leal as the Real Party-in-interest (docket no. 59).  Accordingly, judicial economy dictates that this court should stay any rulings on the Plaintiffs' Motion to Compel Responses to Second Set of Discovery Requests to Defendants (docket no. 35) and Plaintiffs' Motion to Compel Response to Plaintiff's First Set of Discovery (docket no. 48), until such time as Chief Judge Babcock has ruled on docket no. 59 and until such time that Chief Judge Babcock has ruled on the appeal of magistrate judge decision (docket no. 52) concerning this court's minute order (docket no. 42), since rulings by Chief Judge Babcock may render rulings by this court (i.e. Magistrate Judge Watanabe) on docket nos. 35 and 48 moot.

It is FURTHER ORDERED that the parties shall notify Magistrate Judge Watanabe's chambers of any rulings by Chief Judge Babcock on docket nos. 52 and 59 within five (5) days of such rulings so that this court can set a further status conference, if necessary.

Date:  May 8, 2007