**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-00537-LTB-MJW

JEFFREY HILL, as trustee for MARK LEAL and TANYA LEAL, and
MARK PAQUETTE, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., and
SONIC AUTOMOTIVE, INC. a/k/a CORNERSTONE ACCEPTANCE CORP.,

      Defendants.
_____

**ORDER**
_____

Upon the Stipulation for Dismissal With Prejudice (Doc 85 - filed July 17, 2007), it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE** as between Plaintiff Mark Paquette and Defendants, each party to bear his or its own attorney's fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   July 18, 2007