**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   06-cv-00537-LTB-MJW

JEFFREY HILL, as trustee for MARK LEAL and TANYA LEAL, and
MARK PAQUETTE, on behalf of themselves and all others similarly situated,

       Plaintiffs,

v.

SONIC-MASSEY PONTIAC BUICK GMC, INC., and
SONIC AUTOMOTIVE, INC. a/k/a CORNERSTONE ACCEPTANCE CORP.,

       Defendants.
_____

### ORDER
_____

Upon Bankruptcy Trustee Jeffrey L. Hill's Motion to Dismiss With Prejudice All Claims Filed by Mark Leal and Tanya Leal (Doc 76 - filed May 17, 2007),  Plaintiffs' Response (Doc 81) and Plaintiff Paquette's Reply (Doc 82), it is

ORDERED that the Motion to Dismiss is **GRANTED**.  All claims filed by Mark Leal and Tanya Leal are **DISMISSED WITH PREJUDICE**.

                                                      BY THE COURT:

                                                        s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED:   July 18, 2007